■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT RAGO, Appellant. [604 NYS2d 748] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Tisch, J.), both rendered July 16, 1992, convicting him of burglary in the third degree (two counts; one as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE RICKETTS, Appellant. [604 NYS2d 748] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered September 4, 1991, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's present contention regarding the exhibition of his arrest photograph to the complainant at trial is not preserved for appellate review, inasmuch as he did not assert that contention in the trial court *(see, People v Love,* 57 NY2d 1023) and he in fact subsequently consented to the introduction of the photograph into evidence *(see, People v Mercado,* 156 AD2d 720). In view of the circumstances of this case, including the overwhelming evidence of the defendant's guilt, we decline to reach the issue in the exercise of our interest of justice jurisdiction.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the jury's verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Sullivan, Miller and Pizzuto, JJ., concur.